**AKIN GUMP STRAUSS HAUER & FELD LLP**
GARY M. MCLAUGHLIN (SBN 217832)
GALIT A. KNOTZ (SBN 252962)
JONATHAN P. SLOWIK (SBN 287635)
gmclaughlin@akingump.com
gknotz@akingump.com
jpslowik@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:    310.229.1000
Facsimile:    310.229.1001

**DISABILITY RIGHTS LEGAL CENTER**
MARONEL BARAJAS (SBN 242044)
ANNA RIVERA (SBN 239601)
Maronel.Barajas@ drlcenter.org
Anna.Rivera@ drlcenter.org
256 S. Occidental Blvd., Suite B
Los Angeles, CA 90057
Telephone: (213) 736-1496
Facsimile:  (213) 736-1428

Attorneys for Plaintiff,
M.R., a minor by and through his parent and
*Guardian Ad Litem*, MARIA RODRIGUEZ

FILED
CLERK, U.S. DISTRICT COURT
10/1/2015
CENTRAL DISTRICT OF CALIFORNIA
BY:     GR     DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R., a minor by and through his parent and Guardian Ad Litem, MARIA RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, a public entity; RAMON C. CORTINES in his official capacity as Superintendent of Los Angeles Unified School District, and DOES 1-9, inclusive, <br><br> Defendants. | Case No. 2:14-cv-09811-AB (RAOx) <br><br> **DISCOVERY MATTER** <br><br> **ORDER FOR STIPULATED PROTECTIVE ORDER** <br><br> Action Filed: December 23, 2014 <br><br> Trial Date:    May 10, 2016 <br><br> Magistrate Judge: Rozella A. Oliver |

[PROPOSED] ORDER FOR STIPULATED PROTECTIVE ORDER

207448518

1  The Court, having considered the Stipulated Protective Order submitted by
2  Plaintiff M.R. and Defendants Los Angeles Unified School District and Ramon C.
3  Cortines, and finding good cause shown per Rule 26(c)(1), hereby orders as follows:
4  The terms set forth in the Stipulated Protective Order shall be implemented.
5  IT IS SO ORDERED.

Dated: October 1, 2015      By *Rozella A. Oliver* (signature)
                                Rozella A. Oliver
                                United States Magistrate Judge

[PROPOSED] ORDER FOR STIPULATED PROTECTIVE ORDER

207448518